UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAD BURKE,

    Plaintiff,

v.                        Case No. 8:17-cv-993-T-33JSS

HILLSBOROUGH COUNTY SCHOOL BOARD,

    Defendant.
_____/

**<u>ORDER</u>**

    This matter comes before the Court upon Plaintiff Chad Burke's Motion for CM/ECF Access (Doc. # 7), in which Plaintiff requests authorization to use CM/ECF. The Court authorizes Plaintiff's use of CM/ECF in this action. Plaintiff is directed to visit the Court's website and register for CM/ECF accounts (login and password) with the assistance of the Clerk's office. Plaintiff is directed to contact Ariel Guzman at (813) 301-5439 for assistance. Once Plaintiff receives his CM/ECF account, Plaintiff is directed to utilize the Court's electronic case management filing system when filing any document with the Court.

    Plaintiff is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review these rules prior to filing any document on CM/ECF. Additional

information regarding CM/ECF is available on the Court's website at www.flmd.uscourts.gov.

The Court also takes this opportunity to inform Plaintiff of a recent service that has becomes available for pro se litigants. If Plaintiff has questions about the meaning of the Court's Orders or this action, he may consult with a lawyer for free on a limited basis at the Legal Information Program operated by the Tampa Chapter of the Federal Bar Association on Tuesdays from 11:00AM to 12:30PM in the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. Appointments, which are recommended but not required, can be made by calling (813) 301-5400.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff is directed to register for a CM/ECF account (login and password) with the assistance of the Clerk's Office as detailed herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of May, 2017.

<em>Virginia M. Hernandez Covington</em><br>
VIRGINIA M. HERNANDEZ COVINGTON<br>
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record